EARL WELLS, an Infant, by CLEMENTINE WELLS, His Guardian ad Litem, et al., Appellants, v. MOTHERS FRIEND WET WASH LAUNDRY Co., INC., Respondent, et al., Defendants.—

Present — Townley, Glennon, Dore, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HARRY M. KOHN, Appellant.—
No opinion. Settle order on notice. Present — Townley, Glennon, Dore, Cohn and Callahan, JJ.

CUNIE LEFKOWITZ, Appellant, v. GREENWICH SAVINGS BANK, Respondent.—
No opinion. Present — Townley, Glennon, Dore, Cohn and Callahan, JJ.; Callahan, J., dissents and votes to reverse and grant a new trial, on the ground that the negligence of the defendant was a question of fact for the jury.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALBERT SIDES and ALBERT DELGADO, Appellants.— No opinion. Present — Townley, Glennon, Dore, Cohn and Callahan, JJ.

PRIMO PICCHIONI, Respondent, v. CITY OF NEW YORK, Appellant.—
No opinion. Present — Townley, Glennon, Untermyer, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ESTHER LARUE, Appellant.— No opinion. Present — Townley, Glennon, Untermyer, Cohn and Callahan, JJ.

CHARLES JETTELSON, Appellant, v. JOSEPH EISENSTEIN et al., as Administrators of the Estate of SAMUEL EISENSTEIN, Deceased, Respondents.— .
No opinion. Present — Townley, Glennon, Untermyer, Cohn and Callahan, JJ.